No. 81–5114. TIBBS *v.* FLORIDA. Sup. Ct. Fla. [Certiorari granted, *ante*, p. 963.] Motion of Michael A. Palecki to permit Deborah A. Osmond, of Tampa, Fla., to present oral argument *pro hac vice* granted.

No. 81–776. BROWN ET AL. *v.* SOCIALIST WORKERS '74 CAMPAIGN COMMITTEE (OHIO) ET AL. Appeal from D. C. S. D. Ohio. Probable jurisdiction noted.

No. 81–184. UNITED STATES *v.* SECURITY INDUSTRIAL BANK ET AL. Appeal from C. A. 10th Cir. Motion of Beneficial Finance of Kansas, Inc., to consolidate this case with No. 81–150, *Northern Pipeline Construction Co.* v. *Marathon Pipe Line Co. et al.* [probable jurisdiction noted, *ante*, p. 1029]; No. 81–546, *United States* v. *Marathon Pipe Line Co. et al.* [probable jurisdiction noted, *ante*, p. 1029]; and No. 81–583, *Beneficial Finance of Kansas, Inc.* v. *United States et al.*, denied. Probable jurisdiction noted.

No. 81–770. BLUM, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK *v.* BACON ET AL. Appeal from C. A. 2d Cir. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 81–451. HATHORN ET AL. *v.* LOVORN ET AL. Sup. Ct. Miss. Certiorari granted.

No. 81–534. O'DELL ET AL. *v.* ESPINOZA, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ESPINOZA AND AS GUARDIAN, ET AL. Sup. Ct. Colo. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.